UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| LAVON SHIRLEY ORTEGA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | CIVIL NO. 1:12-cv-1030-AWI-SAB<br><br>**ORDER ON STIPULATION TO EXTEND TIME** |

　　　Pursuant to the stipulation of the parties, Defendant shall have an extension of time to respond to Plaintiff's opening brief up to and including April 19, 2013.  Plaintiff shall have fifteen days from the date of service of defendant's response to file a reply.

IT IS SO ORDERED.

　　　Dated:　**March 20, 2013**　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE