1  BENJAMIN B. WAGNER
   United States Attorney
2  GRACE M. KIM
   Regional Chief Counsel, Region IX
3  Social Security Administration
   PATRICK WILLIAM SNYDER, CSBN 260690
4  Special Assistant United States Attorney

5

6      160 Spear Street, Suite 800
       San Francisco, California 94105
7      Telephone:  (415) 977-8927
       Facsimile:  (415) 744-0134
       E-Mail: Patrick.Snyder@ssa.gov
8

9  Attorneys for Defendant

                    UNITED STATES DISTRICT COURT
10
                   EASTERN DISTRICT OF CALIFORNIA
11
                             FRESNO
12

13  LAVON SHIRLEY ORTEGA,            )
                                     )       CIVIL NO. 1:12-cv-1030-AWI-SAB
14          Plaintiff,               )
                                     )
15          v.                       )       **SECOND STIPULATION FOR**
                                     )       **EXTENSION OF TIME AND ORDER**
16  CAROLYN W. COLVIN,               )
    Commissioner of                  )
17  Social Security,                 )
                                     )
18          Defendant.               )
                                     )
19  _____ )

20      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21  attached Order, that Defendant shall have an extension of time of 14 days to respond to Plaintiff's

22  Opening Brief up to and including May 3, 2013.  The response is currently due April 19, 2013.  This

23  extension is being sought due to a presentation the undersigned conducted this week on eCARs and the

24  ECF system for the Nevada courts and United States Attorney's office, a district court Privacy Act

25  hearing at the end of this month, dozens of other active district court cases, and a pending class action.

26  This is the Commissioner's second extension request.

27

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: 4/19/13                     /s/ Sengthiene Bosavanh
                                   _____
                                   SENGTHIENE BOSAVANH
                                   (as authorized via email on 4/19/13)
                                   Attorney at Law
                                   Attorney for Plaintiff

Dated: 4/19/13                     BENJAMIN B. WAGNER
                                   United States Attorney
                                   GRACE M. KIM
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

                        By:
                                   /s/ Patrick William Snyder
                                   _____
                                   PATRICK WILLIAM SNYDER
                                   Special Assistant U.S. Attorney
                                   Attorneys for Defendant

IT IS SO ORDERED.

   **Dated:   April 19, 2013**           _____
                                         UNITED STATES MAGISTRATE JUDGE