BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| LAVON SHIRLEY ORTEGA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:12-cv-1030-AWI-SAB<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME AND ORDER** |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 14 days to respond to Plaintiff's Opening Brief up to and including May 3, 2013. The response is currently due April 19, 2013. This extension is being sought due to a presentation the undersigned conducted this week on eCARs and the ECF system for the Nevada courts and United States Attorney's office, a district court Privacy Act hearing at the end of this month, dozens of other active district court cases, and a pending class action. This is the Commissioner's second extension request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                Respectfully submitted,

Dated: 4/19/13           */s/ Sengthiene Bosavanh*
                _____
                SENGTHIENE BOSAVANH
                (as authorized via email on 4/19/13)
                Attorney at Law
                Attorney for Plaintiff

Dated: 4/19/13           BENJAMIN B. WAGNER
                United States Attorney
                GRACE M. KIM
                Regional Chief Counsel, Region IX
                Social Security Administration

          By:
                */s/ Patrick William Snyder*
                _____
                PATRICK WILLIAM SNYDER
                Special Assistant U.S. Attorney
                Attorneys for Defendant

IT IS SO ORDERED.

  **Dated: April 19, 2013**       _____
                  UNITED STATES MAGISTRATE JUDGE