Sengthiene Bosavanh, Esq. #249801
Milam Law
2325 El Camino Ave
Sacramento, CA 95821
(916) 486-4245
Fax: 916-480-1205

Attorney for Plaintiff, Lavon Ortega

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| Lavon Ortega,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | No. 1:12-CV-01030-AWI-SAB<br><br>**STIPLUATION AND ORDER SETTLING ATTORNEYS' FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

  IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND EIGHT HUNDRED DOLLARS AND ZERO CENTS ($5,800.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

  After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to <u>Astrue v. Ratliff, 130 S. Ct. 2521 (U.S. June 14, 2010),</u> the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but, if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Sengthiene Bosavanh or Milam Law Inc., pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees or costs in connection with this action.

///

///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the provisions of the EAJA.

Respectfully submitted,

Dated:  April 7, 2014          By *s/ Sengthiene Bosavanh*
                               SENGTHIENE BOSAVANH
                               Attorney for Plaintiff, Lavon Ortega

Date: April 7, 2014            BENJAMIN B. WAGNER
                               United States Attorney
                               Donna L. Calvert
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                               */s/ Patrick William Snyder*
                               PATRICK WILLIAM SNYDER
                               Special Assistant United States Attorney
                               Attorneys for Defendant

/ / /

/ / /

/ / /

/ / /

/ / /

2

ORDER

APPROVED AND SO ORDERED:

IT IS SO ORDERED.

Dated: __**April 7, 2014**__

_____
UNITED STATES MAGISTRATE JUDGE